HYDE & BEHMAN AMUSEMENT COMPANY, Appellant, *v.*
FRANK STAEUDEL, Respondent.

*Landlord and tenant — lease — real property — action to recover rent
for alleged holdover period — defense that lease had been assigned
with consent of lessor and that lessee was not responsible for holdover
by assignee.*

*Hyde & Behman Amusement Co.* v. *Staeudel,* 216 App. Div. 843,
affirmed.

(Submitted January 17, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 7, 1926, reversing a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term
without a jury and granting a new trial. The action was
to recover rent for an alleged holdover period after
expiration of the term for which premises were leased
by defendant. It appeared that defendant leased the
premises in suit for a term of years. Concurrently with
the execution of the lease the lessor consented in writing
that defendant might assign the same to a corporation to
be formed by him. The corporation was organized, the
lease assigned and it went into possession of the premises,
paying the rent due. At the expiration of the term of the
lease the corporation continued in possession. Plaintiff
seeks to recover from defendant rent which became due
nearly four years after expiration of the lease.

*Benjamin Reass* for appellant.

*Wilfrid N. O'Neil* and *Otto B. Schmidt* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and KELLOGG, JJ.